SARAH DILKS, DEFENDANT IN ERROR, v. ORLANDO KELSEY, PLAINTIFF IN ERROR.

Argued November 27, 1905—Decided June 18, 1906.

On error to the Supreme Court.

For the plaintiff in error, *Timothy J. Middleton* and *John J. Crandall.*

For the defendant in error, *Watkins & Avis.*

PER CURIAM.

The judgment of the Supreme Court, affirming the judgment of the Circuit Court, in proceedings under the Landlord and Tenant act, is now affirmed on the grounds stated in the *per curiam* memorandum filed in the Supreme Court, and reported in 59 *Atl. Rep.* 897.

*For affirmance*—THE CHANCELLOR, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.    10.

*For reversal.*—None.